Sanchez
— v —
Verified Person, Inc

Sanchez
— v —
Verified Person, Inc.

**S. THOMAS ANDERSON**

~~CHARMIANE C. CLAXTON~~