# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **JESUS R. SANCHEZ,** | ) |
| **Plaintiff,** | ) |
| | ) **No.: 2:11-cv-02548** |
| v. | ) **Judge S. Thomas Anderson** |
| | ) **Magistrate Judge Charmiane G. Claxton** |
| **VERIFIED PERSON, INC.,** | ) |
| **Defendant.** | ) |

## NOTICE OF APPEARANCE

Notice is hereby given of the appearance of Jason M. Bergeron of the law firm of LEWIS, KING, KRIEG & WALDROP, P.C., as counsel for Defendant, Verified Person, Inc., in the above-styled case. The clerk is requested to direct all mailings in this case to R. Dale Bay and Jason M. Bergeron.

Respectfully submitted,

LEWIS, KING, KRIEG & WALDROP, P.C.

By: /s/ Jason M. Bergeron
Jason M. Bergeron, BPR No. 23507
424 Church Street, Suite 2500
P.O. Box 198615
Nashville, TN 37219
(615) 259-1366
jbergeron@lewisking.com

Attorneys for Verified Person, Inc.

## CERTIFICATE OF SERVICE

     I hereby certify that on this the 22nd day of July, 2011, a copy of the foregoing Notice of Appearance was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's electronic filing system.

     Matthew A. Dooley, Esq.
     Stumphauzer, O'Toole, McLaughlin, McGlamery & Loughman Co., LPA
     5455 Detroit Road
     Sheffield Village, OH  44054

     Kenneth P. Hassett, Esq.
     Hassett & Associates, P.A.
     6099 Stirling Road, Suite 217
     Davie, FL  33314-7236

     Michael T. Schmitt, Esq.
     Ortale, Kelley, Herbert & Crawford
     200 Fourth Avenue N.
     Third Floor, Noel Place
     Nashville, TN  37219


                                           /s/ Jason M. Bergeron