# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **JESUS R. SANCHEZ,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) No.:  2:11-cv-02548 |
| v. | ) Judge S. Thomas Anderson |
| | ) Magistrate Judge Charmiane G. Claxton |
| **VERIFIED PERSON, INC.,** | ) |
| | ) |
|    **Defendant.** | ) |
| | ) |

## NOTICE OF APPEARANCE

Notice is hereby given of the appearance of R. Dale Bay of the law firm of LEWIS, KING, KRIEG & WALDROP, P.C., as counsel for Defendant, Verified Person, Inc., in the above-styled case.  The clerk is requested to direct all mailings in this case to R. Dale Bay and Jason M. Bergeron.

    Respectfully submitted,

    LEWIS, KING, KRIEG & WALDROP, P.C.


    By:  /s/ R. Dale Bay
        R. Dale Bay, BPR No. 10896
        424 Church Street, Suite 2500
        P.O. Box 198615
        Nashville, TN  37219
        (615) 259-1366
        dbay@lewisking.com

    Attorneys for Verified Person, Inc.

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 22nd day of July, 2011, a copy of the foregoing Notice of Appearance was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's electronic filing system.

      Matthew A. Dooley, Esq.
      Stumphauzer, O'Toole, McLaughlin, McGlamery & Loughman Co., LPA
      5455 Detroit Road
      Sheffield Village, OH  44054

      Kenneth P. Hassett, Esq.
      Hassett & Associates, P.A.
      6099 Stirling Road, Suite 217
      Davie, FL  33314-7236

      Michael T. Schmitt, Esq.
      Ortale, Kelley, Herbert & Crawford
      200 Fourth Avenue N.
      Third Floor, Noel Place
      Nashville, TN  37219


      /s/ R. Dale Bay