# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **JESUS R. SANCHEZ,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )   No.: 2:11-cv-02548 |
| | ) |
| **VERIFIED PERSON, INC.,** | )   **Judge S. Thomas Anderson** |
| | )   **Magistrate Judge Charmiane G. Claxton** |
|     **Defendant.** | ) |

## ORDER

Before the Court is Defendant Verified Person, Inc.'s Unopposed Motion for Extension of Time to Submit a Responsive Pleading (D.E. # 9), filed on August 15, 2011. Upon consideration of Defendant's Motion and the Certification of Counsel indicating Plaintiff has no objection to the request, the Motion is GRANTED.

It is hereby ORDERED that Defendant Verified Person, Inc. shall be allowed until September 19, 2011 to submit a responsive pleading in the present matter.

                                                                    s/ S. Thomas Anderson
                                                                      S. THOMAS ANDERSON
                                                                      UNITED STATES DISTRICT JUDGE

                                                                      Date: August 15, 2011

## CERTIFICATE OF SERVICE

     I hereby certify that on this the 15th  day of August, 2011, a copy of the foregoing Proposed Order was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's electronic filing system.

    Matthew A. Dooley, Esq.
    Stumphauzer, O'Toole, McLaughlin, McGlamery & Loughman Co., LPA
    5455 Detroit Road
    Sheffield Village, OH  44054

    Kenneth P. Hassett, Esq.
    Hassett & Associates, P.A.
    6099 Stirling Road, Suite 217
    Davie, FL  33314-7236

    Michael T. Schmitt, Esq.
    Ortale, Kelley, Herbert & Crawford
    200 Fourth Avenue N.
    Third Floor, Noel Place
    Nashville, TN  37219

                                          /s/ Jason M. Bergeron
                                          Jason M. Bergeron