# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **JESUS R. SANCHEZ,** | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.: 2:11-cv-02548 |
| | ) |
| **VERIFIED PERSON, INC.,** | ) **Judge S. Thomas Anderson** |
| | ) **Magistrate Judge Charmiane G. Claxton** |
| Defendant. | ) |

## ORDER

This matter came to be heard upon the Motion for Admission *pro hac vice* of Eric A. Packel to appear before this Court as counsel for Defendant Verified Person, Inc. in the above-styled matter. It appearing that the movant is an attorney in standing with the Supreme Court of Pennsylvania, and from the United States Court of Appeals for the Third Circuit, and that the movant has certified that he subjects himself to the jurisdiction of the Court and has obtained, is familiar with and agrees to be bound by the Local Rules of Court for the United States District Court for Western District of Tennessee, Tennessee Supreme Court Rule 8 (Rules of Professional Conduct), and the Guidelines of Professional Courtesy and Conduct, the Court finds that the motion is well-taken and for good cause shown, it is hereby GRANTED and Eric A. Packel is specially admitted to appear on behalf of Verified Person, Inc. in the above styled matter.

IT IS SO ORDERED.

s/S. Thomas Anderson
S. THOMAS ANDERSON
United States District Judge

Date: August 29, 2011

## CERTIFICATE OF SERVICE

I hereby certify that on this the 23rd day of August, 2011, a copy of the foregoing ORDER was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's electronic filing system.

    Matthew A. Dooley, Esq.
    Dennis O'Toole, Esq.
    Anthony R. Pecora, Esq.
    Stumphauzer, O'Toole, McLaughlin, McGlamery
       & Loughman Co., LPA
    5455 Detroit Road
    Sheffield Village, OH  44054

    Kenneth P. Hassett, Esq.
    Hassett & Associates, P.A.
    6099 Stirling Road, Suite 217
    Davie, FL  33314-7236

    Michael T. Schmitt, Esq.
    Ortale, Kelley, Herbert & Crawford
    200 Fourth Avenue N.
    Third Floor, Noel Place
    Nashville, TN  37219

                                          **/s/ R. Dale Bay**
                                          R. Dale Bay