UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **JESUS R. SANCHEZ,**<br><br>    Plaintiff,<br><br>    vs.<br><br>**VERIFIED PERSON, INC**.,<br><br>    Defendant. | Civil Action No.<br><br>2:11-cv-02548<br><br>Judge S. Thomas Anderson<br>Magistrate Judge Charmiane G. Claxton |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE
TO FILE FIRST AMENDED COMPLAINT (NOTICE OF NON-OPPOSITION)**

Upon review of Plaintiff's Proposed First Amended Complaint, attached as Exhibit "B" to Plaintiff's Motion for Leave to File First Amended Complaint, Defendant, Verified Person, Inc., hereby advises Plaintiff and this honorable Court that it does not oppose Plaintiff's Motion for Leave to File First Amended Complaint.

                                        **MARSHALL, DENNEHEY, WARNER
COLEMAN & GOGGIN**

                        By:      /s/ Eric A. Packel
                                ERIC A. PACKEL, ESQUIRE
                                Attorney ID No. 49776
                                1845 Walnut Street
                                Philadelphia, PA  19103
                                215-575-4554
                                215-575-0856 (fax)
                                eapackel@mdwcg.com
                                (Admitted *Pro Hac Vice*)

                                Attorney for Defendant,
                                Verified Person, Inc.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **JESUS R. SANCHEZ,**<br><br>    Plaintiff,<br><br>vs.<br><br>**VERIFIED PERSONS, INC**.,<br><br>    Defendant. | **Civil Action No.**<br><br>**2:11-cv-02548**<br><br>**Judge S. Thomas Anderson**<br>**Magistrate Judge Charmiane G. Claxton** |

### CERTIFICATE OF SERVICE

I, Eric A. Packel, Esquire, do hereby certify that a true and correct copy of Verified Person Inc.'s Response to Plaintiff's Motion for Leave to File First Amended Complaint (Notice of Non-Opposition), was served upon counsel for Plaintiff by operation of the Court's electronic filing system, as follows:

    Dennis M. O'Toole, Esq.
    Anthony R. Pecora, Esq.
    5455 Detroit Road
    Sheffield Village, Ohio  44054
    Email:     mdooley@sheffieldlaw.com
                dotoole@sheffieldlaw.com
                apecora@sheffieldlaw.com

    Michael T. Schmitt, Esq.
    Ortale, Kelley, Herbert & Crawford
    200 Fourth Avenue N.
    Third Floor, Noel Place
    Nashville, TN  37219
    Email:     mschmitt@ortalekelley.com

                **MARSHALL, DENNEHEY, WARNER**
                **COLEMAN & GOGGIN**

        By:     /s/ Eric A. Packel
              ERIC A. PACKEL, ESQUIRE
              Attorney for Defendant, Verified Person, Inc.