UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

| | |
|---|---|
| JESUS R. SANCHEZ, on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) No. 11-2548-STA-cgc |
| VERIFIED PERSON, INC. | ) ) ) |
| Defendant. | ) |

_____

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**
_____

Before the Court is Plaintiff's Motion for Leave to File a First Amended Complaint (D.E. # 19), filed on January 12, 2012. Although Plaintiff's Certificate of Consultation indicated that counsel for the parties "were unable to reach an accord as to the action requested by the Motion," Defendant filed a Response (D.E. # 21) on January 24, 2012, and indicated that it did not opposed Plaintiff's Motion. Therefore, for good cause shown and without opposition, Plaintiff's Motion is **GRANTED**. Plaintiff is hereby ordered to file his Amended Complaint as a separate docket entry.

     **IT IS SO ORDERED**.

     s/ S. Thomas Anderson
     S. THOMAS ANDERSON
     UNITED STATES DISTRICT JUDGE

     Date: February 2, 2012