# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| JESUS R. SANCHEZ, | ) |
| Plaintiff, | ) |
| v. | ) No.: 2:11-cv-02548 |
| VERIFIED PERSON, INC., | ) Judge S. Thomas Anderson |
| | ) Magistrate Judge Charmiane G. Claxton |
| Defendant. | ) |

# ORDER

Before the Court is Defendant's Motion for Leave for Andrew M. Schwartz to Appear Pro Hac Vice (D.E. # 25), filed on February 15, 2012.  The movant appears to be an attorney in good standing with the Supreme Court of Pennsylvania and the United States District Court for the Eastern District of Pennsylvania, and the movant has certified that he subjects himself to the jurisdiction of the Court and has obtained, is familiar with and agrees to be bound by the Local Rules of Court for the United States District Court for Western District of Tennessee, Tennessee Supreme Court Rule 8 (Rules of Professional Conduct), and the Guidelines of Professional Courtesy and Conduct.  Therefore, for good cause shown, the Motion is **GRANTED**, and Andrew M. Schwartz is specially admitted to appear on behalf of Verified Person, Inc. in the above styled matter.

**IT IS SO ORDERED**.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date:  February 23, 2012