UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| JESUS R. SANCHEZ, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 11-2548-STA-cgc |
| VERIFIED PERSON, INC. | ) ) | |
| Defendant. | ) | |

**ORDER GRANTING STIPULATED PROTECTIVE ORDER**

Before the Court is the parties' Stipulated Proposed Protective Order (D.E. # 28), filed on February 23, 2012. The Court notes that the preferred procedure for submitting a stipulated protective order for the Court's approval is for the parties to file a Motion for Approval of the Stipulated Order. Nevertheless, the Court will accept the parties' Stipulated Proposed Protective Order as filed, and it is hereby entered in this case.

**IT IS SO ORDERED**.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: February 29, 2012

1