# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| JESUS R. SANCHEZ, on behalf of himself and others similarly situated, ) ) ) Plaintiffs, ) ) v. ) ) VERIFIED PERSON, INC., ) ) Defendant, ) ) and ) ) E-BACKGROUNDCHECKS.COM, INC., ) ) New Party Defendant. ) | Case No. 2:11-cv-02548-STA-cgc<br><br>JURY DEMANDED |

## NOTICE OF APPEARANCE

Angie C. Davis, of the Law Firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C., hereby enters an appearance as Counsel of record on behalf of E-BackgroundChecks.com, Inc. and would request that all notices, pleadings, motions, and all other documents filed in this case and all other matters requiring notice pursuant to the Federal Rules of Civil Procedure be forwarded to or served upon the undersigned via the Court's electronic notification system (ECF).

        Respectfully submitted,

        s/ Angie C. Davis
        ANGIE C. DAVIS
        Tennessee Bar No. 20043
        angiedavis@bakerdonelson.com

        BAKER, DONELSON, BEARMAN,
         CALDWELL & BERKOWITZ, P.C.
        2000 First Tennessee Building
        165 Madison Avenue
        Memphis, Tennessee  38103
        (901) 577-8110 – telephone
        (901) 577-0893 – facsimile

        *Attorney for Defendant E-BackgroundChecks.com*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 6th day of March, 2012, a copy of the foregoing Notice of Appearance was served on the parties listed below by first class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party:

Matthew A. Dooley
Dennis M. O'Toole
Anthony R. Pecora
Stumphauzer, O'Toole, McLaughlin, McGlamery & Loughman Co., LPA
5455 Detroit Road
Sheffield Village, Ohio  44054
mdooley@sheffieldlaw.com
dotoole@sheffieldlaw.com
apecora@sheffieldlaw.com

Kenneth P. Hassett
Hassett & Associates
6099 Stirling Road, Suite 217
Davie, Florida  3314-7236
khassett@criminaldefense.com

*Counsel for Plaintiff*

2

Andrew M. Schwartz
Eric A. Packel
Theodore J. Kobus, III
Marshall Dennehey Warner Coleman & Goggin
1845 Walnut Street
Philadelphia, Pennsylvania  191033-4797
eapackel@mdwcg.com
tjkobus@mdwcg.com

R. Dale Bay
Jason Michael Bergeron
Lewis King Krieg & Waldrop, PC
424 Church Street, Suite 2500
Nashville, Tennessee  37219
debay@lewisking.com
jbergeron@lewisking.com

*Counsel for Verified Person, Inc.*

                                                    s/ Angie C. Davis