# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| JESUS R. SANCHEZ, on behalf of himself and all others similarly situated, )<br><br>Plaintiffs, )<br><br>v. )<br><br>VERIFIED PERSON, INC., )<br><br>Defendant, )<br>and )<br><br>E-BACKGROUNDCHECKS.COM, INC., )<br><br>New Party Defendant. ) | Case No. 2:11-cv-02548-STA-cgc<br><br>JURY DEMANDED |

## ORDER GRANTING NEW PARTY DEFENDANT E-BACKGROUNDCHECKS.COM, INC.'S MOTION FOR ADMISSION OF JOHN P. JETT *PRO HAC VICE*

Upon the Motion of New Party Defendant E-Backgroundchecks.com, Inc., and for good cause shown, it is HEREBY ORDERED that John P. Jett be admitted *pro hac vice* to practice before this Court in the above-captioned action.

DONE AND ORDERED this   7th   day of    March   , 2012.

      s/S. Thomas Anderson
HONORABLE S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE