## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| JESUS R. SANCHEZ, on behalf of himself<br>and all others similarly situated, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 11-2548-STA-cgc |
| v. | ) | |
| | ) | |
| VERIFIED PERSON, INC., | ) | |
| | ) | |
| Defendant, | ) | |
| and | ) | |
| | ) | |
| E-BACKGROUNDCHECKS.COM, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING DEFENDANT E-BACKGROUNDCHECKS.COM, INC.'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME

This cause came before the Court on Defendant e-BackgroundChecks.com, Inc.'s ("BGC") Unopposed Motion for an Extension of Time to Answer or Otherwise Respond to Plaintiff's First Amended Class Action Complaint.  For good cause shown, the Court hereby **GRANTS** Defendant's unopposed Motion, and **DIRECTS** Defendant BGC to answer or otherwise respond to Plaintiff's Complaint on or before April 10, 2012.

**IT IS SO ORDERED**, this 30th day of March, 2012.

s/ _____

S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE