# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| JESUS R. SANCHEZ, on behalf of himself and all others similarly situated, ) ) ) Plaintiffs, ) ) v. ) ) VERIFIED PERSON, INC., ) ) Defendant, ) ) and ) ) E-BACKGROUNDCHECKS.COM, INC., ) ) Defendant. ) | Case No. 2:11-cv-02548-STA-cgc<br><br>District Judge S. Thomas Anderson<br><br>Magistrate Judge Charmiane G. Claxton |

## DEFENDANT E-BACKGROUNDCHECKS.COM, INC.'S
## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant e-BackgroundChecks.com, Inc. ("BGC") hereby files its Disclosure Statement and states:

1. BGC has no parent company and is not publicly traded on any stock exchange.

2. No publicly held corporation owns 10% or more of BGC's stock.

Dated:  April 10, 2012

                         Respectfully submitted,

                         s/ Angie C. Davis

ANGIE C. DAVIS
Tennessee Bar No. 20043
angiedavis@bakerdonelson.com

KATHERINE M. BOGARD
Tennessee Bar No. 28099
kbogard@bakerdonelson.com

BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, P.C.
2000 First Tennessee Building
165 Madison Avenue
Memphis, Tennessee  38103
(901) 526-2000 – telephone
(901) 577-2303 – facsimile

CINDY D. HANSON (*Admitted Pro Hac Vice*)
Georgia Bar No. 323920
chanson@kilpatricktownsend.com

JOHN P. JETT (*Admitted Pro Hac Vice*)
Georgia Bar No. 827033
jjett@kilpatricktownsend.com

KILPATRICK TOWNSEND STOCKTON, LLP
1100 Peachtree St. Suite 2800
Atlanta, Georgia  30309-4530
(404)815-6500 – telephone
(404)815-6555 – facsimile

*Attorneys for Defendant*
*E-BackgroundChecks.com, Inc.*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 10th day of April 2012, a copy of the foregoing electronically filed Defendant e-BackgroundChecks.com, Inc.'s Rule 7.1 Disclosure Statement was served on the parties listed below via first class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party:

| | |
|---|---|
| Matthew A. Dooley | Kenneth P. Hassett |
| Dennis M. O'Toole | HASSETT & ASSOCIATES, P.A. |
| Anthony R. Pecora | 6099 Stirling Road, Suite 217 |
| STUMPHAUZER, O'TOOLE, | Davie, Florida 33314-7236 |
|    MCLAUGHLIN, MCGLAMERY & | khassett@criminaldefense.cc |
|    LOUGHMAN CO., LPA | |
| 5455 Detroit Road | |
| Sheffield Village, Ohio 44054 | |
| mdooley@sheffieldlaw.com | |
| dotoole@sheffieldlaw.com | |
| apecora@sheffieldlaw.com | |

                                            s/ Angie C. Davis

M KMB01 2310185 v1
2138171-000497  04/10/2012