UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

| | |
|---|---|
| JESUS R. SANCHEZ, on behalf of himself and all others similarly situated, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | No. 11-2548-STA-cgc |
| VERIFIED PERSON, INC. and E-BACKGROUNDCHECKS.COM INC., ) ) ) | |
| Defendants. ) | |

---

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND

---

Before the Court is Plaintiff's Unopposed Motion for an Extension of Time to Respond (D.E. # 45), filed on April 23, 2012. For good cause shown and without opposition, Plaintiff's Motion is **GRANTED**, and Plaintiff shall have until the requested date of May 4, 2012, to respond to Defendant's Motion to Eliminate Class Action Allegations.

   **IT IS SO ORDERED**.

                                                       s/ S. Thomas Anderson
                                                       S. THOMAS ANDERSON
                                                       UNITED STATES DISTRICT JUDGE

                                                       Date: April 23, 2012