# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **JESUS R. SANCHEZ, on behalf of himself and all others similarly situated,**<br><br>Plaintiff,<br><br>vs.<br><br>**VERIFIED PERSON, INC., et al,**<br><br>Defendants. | CASE NO. 2:11-cv-02548 |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME

This cause came before the Court on Plaintiff's Unopposed Motion for an Extension of Time to Respond to e-BackgroundChecks.com's Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted. For good cause shown and without opposition, the Court hereby **GRANTS** Plaintiff's Unopposed Motion, and **DIRECTS** Plaintiff to respond to Defendant, e-BackgroundChecks.com's Motion to Dismiss for Failure to State a Claim upon Which Relief Can Be Granted on or before May 14, 2012.

**IT IS SO ORDERED**.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

DATE: MAY 4, 2012