UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| JESUS R. SANCHEZ, on behalf of himself and all others similarly situated, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>VERIFIED PERSON, INC., )<br>)<br>Defendant, )<br>and )<br>)<br>E-BACKGROUNDCHECKS.COM, INC., )<br>)<br>Defendant. ) | Case No. 2:11-cv-02548-STA-cgc |

**DEFENDANT E-BACKGROUNDCHECKS.COM, INC.'S
UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY BRIEF
IN EXCESS OF FIVE PAGES IN SUPPORT OF ITS MOTION TO ELIMINATE
CLASS ALLEGATIONS PURSUANT TO RULE 23(D)(1)(D)**

Pursuant to Local Rule 7.2(c), Defendant e-BackgroundChecks.com, Inc. ("BGC") respectfully submits its Unopposed Motion for Leave to File a Reply Brief in Excess of Five Pages in Support of its Motion to Eliminate Class Allegations Pursuant to Rule 23(d)(1)(D) to address arguments raised in Plaintiff Jesus Sanchez's Memorandum of Law in Opposition to BGC's Motion (Docket No. 49).

BGC seeks the Court's leave to file a Reply Brief to address and clarify several matters raised in Plaintiff's Response Brief. BGC respectfully asks for leave to file a Reply Brief not to exceed ten (10) pages.

WHEREFORE, BGC respectfully requests that the Court grant it leave to file a Reply Brief in Support of its Motion to Eliminate Class Claims, not to exceed ten (10) pages, due fourteen (14) calendar days after the entry of the Court's Order granting this motion.  A proposed Order granting this Motion is submitted herewith as required by the Local Rules.

| | |
|---|---|
| Dated:  May 10, 2012 | Respectfully submitted, |
| | s/ Angie C. Davis |

ANGIE C. DAVIS
Tennessee Bar No. 20043
angiedavis@bakerdonelson.com

KATHERINE M. BOGARD
Tennessee Bar No. 28099
kbogard@bakerdonelson.com

BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, P.C.
2000 First Tennessee Building
165 Madison Avenue
Memphis, Tennessee  38103
(901) 526-2000 – telephone
(901) 577-2303 – facsimile

CINDY D. HANSON (*Admitted Pro Hac Vice*)
Georgia Bar No. 323920
chanson@kilpatricktownsend.com

JOHN P. JETT (*Admitted Pro Hac Vice*)
Georgia Bar No. 827033
jjett@kilpatricktownsend.com

KILPATRICK TOWNSEND STOCKTON, LLP
1100 Peachtree St. Suite 2800
Atlanta, Georgia  30309-4530
(404)815-6500 – telephone
(404)815-6555 – facsimile

*Attorneys for Defendant
E-BackgroundChecks.com, Inc.*

## CERTIFICATE OF CONSULTATION

The undersigned hereby certifies that Counsel for Defendant e-BackgroundChecks.com, Inc., John Jett, consulted with Counsel for Plaintiff, Matt Dooley, via e-mail on May 9, 2012. Counsel for Plaintiff indicated that he does not oppose the relief requested herein.

                                                                                      s/ Angie C. Davis

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 10th day of May 2012, a copy of the foregoing electronically filed Defendant e-BackgroundChecks.com, Inc.'s Unopposed Motion for Leave to File a Reply Brief in Excess of Five Pages in Support of its Motion to Eliminate Class Allegations Pursuant to Rule 23(d)(1)(D) was served on the parties listed below via first class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party:

| | |
|---|---|
| Matthew A. Dooley | Kenneth P. Hassett |
| Dennis M. O'Toole | HASSETT & ASSOCIATES, P.A. |
| Anthony R. Pecora | 6099 Stirling Road, Suite 217 |
| STUMPHAUZER, O'TOOLE, | Davie, Florida 33314-7236 |
|    MCLAUGHLIN, MCGLAMERY & | khassett@criminaldefense.cc |
|    LOUGHMAN CO., LPA | |
| 5455 Detroit Road | |
| Sheffield Village, Ohio 44054 | |
| mdooley@sheffieldlaw.com | |
| dotoole@sheffieldlaw.com | |
| apecora@sheffieldlaw.com | |

                                                                                      s/ Angie C. Davis

US2008 3340022.4
M KMB01 2317374 v1
2138171-000497  05/10/2012