UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| JESUS R. SANCHEZ, on behalf of himself and all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>VERIFIED PERSON, INC.,<br><br>                Defendant,<br>and<br><br>E-BACKGROUNDCHECKS.COM, INC.,<br><br>                Defendant. | Case No. 2:11-cv-02548-STA-cgc |

**ORDER GRANTING DEFENDANT E-BACKGROUNDCHECKS.COM, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY BRIEF IN EXCESS OF FIVE PAGES IN SUPPORT OF ITS MOTION TO ELIMINATE CLASS ALLEGATIONS PURSUANT TO RULE 23(D)(1)(D)**

This cause came before the Court on Defendant e-BackgroundChecks.com, Inc.'s ("BGC") Unopposed Motion for Leave to File a Reply Brief in Excess of Five Pages in Support of its Motion to Eliminate Class Allegations Pursuant to Rule 23(d)(1)(D). For good cause shown and without opposition, the Court hereby **GRANTS** Defendant's unopposed Motion, and **DIRECTS** Defendant BGC to file a Reply Brief in Support of its Motion to Eliminate Class Allegations Pursuant to Rule 23(d)(1)(D), not in excess of ten (10) typewritten pages, within fourteen (14) calendar days after the entry of this Order.

IT IS SO ORDERED, this 10th day of May, 2012.

                                           s/ S. Thomas Anderson
                                           S. THOMAS ANDERSON
                                           UNITED STATES DISTRICT JUDGE