UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| JESUS R. SANCHEZ, on behalf of himself and all others similarly situated ) ) ) | |
| Plaintiffs,  ) ) | Case No. 2:11-cv-02548 |
| v.  ) ) | District Judge S. Thomas Anderson |
| E-BACKGROUNDCHECKS.COM, INC.  ) ) | Magistrate Judge Charmiane G. Claxton |
| Defendant.  ) | |

**ORDER GRANTING DEFENDANT E-BACKGROUNDCHECKS.COM, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS**

This cause came before the Court on Defendant e-BackgroundChecks.com, Inc.'s ("BGC") Unopposed Motion for Extension of Time to File Reply Brief in Support of Motion to Dismiss. For good cause shown, the Court hereby **GRANTS** Defendant's unopposed Motion, and **DIRECTS** Defendant BGC to file its reply brief in support of its Motion to Dismiss on or before June 11, 2012.

**IT IS SO ORDERED**, this 23rd day of May, 2012.

 s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE