AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| | | |
|---|---|---|
| Jesus R. Sanchez | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  2:11-cv-02548-STA-cgc |
| Verified Person, Inc., et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Jesus R. Sanchez

Date:   06/01/2012

*Attorney's signature*

Leonard A. Bennett, VSB#37523
*Printed name and bar number*

763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA  23601

*Address*

lenbennett@clalegal.com
*E-mail address*

(757) 930-3660
*Telephone number*

(757) 930-3662
*FAX number*