UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| JESUS R. SANCHEZ, on behalf of himself and all others similarly situated, ) ) ) Plaintiffs, ) ) v. ) ) E-BACKGROUNDCHECKS.COM, INC. ) ) Defendant. ) | Case No. 11-2548 |

**ORDER GRANTING DEFENDANT E-BACKGROUNDCHECKS.COM, INC'S UNOPPOSED MOTION FOR FURTHER EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS**

This cause came before the Court on Defendant e-BackgroundChecks.com, Inc.'s ("BGC") Unopposed Motion for Further Extension of Time to File Reply Brief in Support of Motion to Dismiss. For good cause shown, the Court hereby **GRANTS** Defendant's unopposed Motion, and **DIRECTS** Defendant BGC to file its reply brief in support of its motion to dismiss on or before June 25, 2012.

**IT IS SO ORDERED**, this 5th day of June, 2012.

　　　　　　　　　　　　　　　　　　　　　　　　/s S. Thomas Anderson
　　　　　　　　　　　　　　　　　　　　　　　　S. THOMAS ANDERSON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE