# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **JESUS R. SANCHEZ, on behalf of himself and all others similarly situated,** <br><br> Plaintiff, <br><br> v. <br><br> **VERIFIED PERSON, INC., et al,** <br><br> Defendants. | NO.  11-2548-STA-CGC |

## ORDER GRANTING DEFENDANT VERIFIED PERSON, INC.'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND AND ORDER GRANTING DEFENDANT E-BACKGROUNDCHECKS.COM'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE ITS REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS

Before the Court are Defendant Verified Person, Inc.'s Unopposed Motion for an Extension of Time to Respond to Plaintiff's Motion to Reconsider (D.E. # 63), filed on June 19, 2012, and Defendant E-Backgroundchecks.com's Unopposed Motion for an Extension of Time to Reply to its Motion to Dismiss (D.E. # 64), filed on June 19, 2012.  For good cause shown and without opposition, Defendants' Motions are **GRANTED**.  Moreover, the parties' Motion for a Status Conference is also **GRANTED**.  Defendants shall have until 21 days after the Court holds the status conference to file their resprective briefs.  The date and time of the status conference will be set by separate setting letter.

**IT IS SO ORDERED**, this 3rd day of July, 2012.

                                                      s/ S. Thomas Anderson
                                                     S. THOMAS ANDERSON
                                                     UNITED STATES DISTRICT JUDGE