UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division
Office of the Clerk

| | |
|---|---|
| *Thomas M. Gould, Clerk* | *Deputy-in-Charge* |
| *242 Federal Building* | *U.S. Courthouse, Room 262* |
| *167 N. Main Street* | *111 South. Highland Avenue* |
| *Memphis, Tennessee 38103* | *Jackson, Tennessee  38301* |
| *(901) 495-1200* | *(731) 421-9200* |

# NOTICE OF SETTING
**Before Judge S. Thomas Anderson, United States District Judge**

July 13, 2012

    RE:    **2:11CV2548-A**
              *JESUS R. SANCHEZ v. VERIFIED PERSON, INC.*

Dear Sir/Madam:

    A **STATUS CONFERENCE** has been **SET** before **Judge S. Thomas Anderson** on **THURSDAY, AUGUST 2, 2012** at **3:00 P.M.** to be held in **Courtroom No. 4, 9th floor of the Federal Building, Memphis, Tennessee.**

    If you have any questions, please contact the case manager at the number provided below.

                            Sincerely,
                            THOMAS M. GOULD, CLERK
                      BY:    *s/ Terry Haley*
                            Terry Haley
                            Case Manager to Judge S. Thomas Anderson
                            901-495-1276