UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

| | |
|---|---|
| JESUS R. SANCHEZ, on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | )   No. 11-2548-STA-cgc ) |
| VERIFIED PERSON, INC. and E-BACKGROUNDCHECKS.COM, INC., | ) ) ) |
| Defendants. | ) ) |

_____

**ORDER VACATING THE COURT'S ORDER DENYING PLAINTIFF'S MOTION TO STRIKE AND DIRECTING THE PARTIES TO FILE A STATUS REPORT**
_____

Before the Court is the Court's Order Denying Plaintiff's Motion to Strike ("the Order") (D.E. # 55), filed on May 21, 2012. At the parties' request, the Court held a status conference on August 2, 2012. At the conference, the parties indicated that they had reached an agreement which "probably" would fully resolve the case, but the agreement is contingent upon the vacation of the Order. The Court finds that vacation of the Order is necessary to timely resolve this case and to properly appropriate judicial resources. Accordingly, the Order is hereby **VACATED** to permit the parties to attempt to settle the case. Although such a procedure is rare and a bit unorthodox, the Court finds that it is the best use of resources under the circumstances. The parties shall report to the Court on the record within fourteen (14) days of entry of this Order the progress of their settlement negotiations. The Court reserves the right to reinstate the Order should the parties' settlement negotiations prove unsuccessful.

**IT IS SO ORDERED**.

                                              **s/ S. Thomas Anderson**
                                              S. THOMAS ANDERSON
                                              UNITED STATES DISTRICT JUDGE

                                              Date: August 7, 2012.