## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **JESUS R. SANCHEZ, on behalf of himself and all others similarly situated**<br><br>Plaintiff,<br><br>vs.<br><br>**VERIFIED PERSON, INC., et al**<br><br>Defendants. | CASE NO.  2:11-cv-02548<br><br>DISTRICT JUDGE S. THOMAS ANDERSON<br><br>MAGISTRATE JUDGE CHARMIANE G. CLAXTON |

## JOINT STATUS REPORT

NOW COME Plaintiff Jesus R. Sanchez, Defendant Verified Person, Inc. and Defendant E-Backgroundchecks.com, Inc. and in accordance with this Court's Order dated August 7, 2012 (DN # 67), hereby submit this joint status report regarding the progress of their settlement negotiations.  The parties have reached a resolution whereby Mr. Sanchez's claims are resolved by agreement without prejudice to the putative class.  The written agreement has been finalized, and the parties anticipate filing a stipulated dismissal with prejudice on or before September 15, 2012.

Respectfully submitted,

| | |
|---|---|
| STUMPHAUZER, O'TOOLE, McLAUGHLIN, McGLAMERY & LOUGHMAN CO., LPA | MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN |
| /s/ Matthew A. Dooley<br>Matthew A. Dooley<br>Anthony R. Pecora<br>Dennis M. O'Toole<br>5455 Detroit Road<br>Sheffield Village, Ohio 44054<br>Telephone:   440-930-4001<br>Facsimile:    440-934-7208<br>Email:         dotoole@sheffieldlaw.com<br>                    apecora@sheffieldlaw.com<br>                    mdooley@sheffieldlaw.com | /s/ Andrew M. Schwartz (per email consent dated 8/20/2012)<br>Andrew M. Schwartz<br>Eric A. Packel<br>1845 Walnut Street<br>Philadelphia, PA 19103<br>Telephone:   215-575-2765<br>Facsimile:    215-575-0856<br>Email:         amschwartz@mdwcg.com<br>                    eapackel@mdwcg.com<br>*Counsel for Defendant, Verified Person, Inc.* |
| CONSUMER LITIGATION ASSOCIATES, P.C. | KILPATRICK TOWNSEND & STOCKTON LLP |
| /s/ Leonard A. Bennett<br>Leonard A. Bennett, Esq.<br>763 J. Clyde Morris Blvd. 1-A<br>Newport News, VA 23601<br>Telephone:   (757) 930-3660<br>Facsimile:    (757) 930-3662<br>Email:         lenbennett@clalegal.com<br>*Counsel for Jesus Sanchez and the putative class* | /s/ John P. Jett (per email consent dated 8/20/2012)<br>Cindy D. Hanson<br>John P. Jett<br>1100 Peachtree Street<br>Suite 2800<br>Atlanta, GA 30309<br>Telephone:   404-815-6500<br>Facsimile:    404-815-6555<br>Email: chanson@kilpatricktownsend.com<br>            jjett@kilpatricktownsend.com<br>*Counsel for Defendant, E-Backgrounchecks.com, Inc.* |

## **CERTIFICATE OF SERVICE**

      I certify that on August 20, 2012, I electronically filed the Joint Status Report, with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel and parties of record.

                                  /s/ Matthew A. Dooley
                                  *Counsel for Jesus Sanchez and the putative class*