IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

| | ) | |
|---|---|---|
| **JESUS R. SANCHEZ, on behalf of himself and** | ) | |
| **all others similarly situated,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | No. 11-2548-STA-cgc |
| | ) | |
| **VERIFIED PERSON, INC. and** | ) | |
| **E-BACKGROUNDCHECKS.COM INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

_____

**ORDER DENYING ALL PENDING MOTIONS AS MOOT DUE TO SETTLEMENT**
_____

Before the Court is the parties' Status Report (D.E. # 69), filed on August 20, 2012. In their Status Report, the parties indicate that they "have reached a resolution whereby [Plaintiff's] claims are resolved by agreement without prejudice to the putative class." The parties anticipate filing a stipulation of dismissal in accordance with Local Rule 83.13 by September 15, 2012. Because the parties have reached an agreement, and all parties to the case signed the Status Report indicating as such, the Court interprets the Status Report as a Notice of Settlement. Accordingly, all pending motions in this matter are **DENIED** as moot.

**IT IS SO ORDERED**.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: August 20, 2012