# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **JESUS R. SANCHEZ, on behalf of himself and all others similarly situated** | |
| Plaintiff, | CASE NO.  2:11-cv-02548 |
| vs. | DISTRICT JUDGE S. THOMAS ANDERSON |
| **VERIFIED PERSON, INC., et al** | |
| Defendants. | MAGISTRATE JUDGE CHARMIANE G. CLAXTON |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between Named Plaintiff Jesus R. Sanchez and Defendants Verified Person, Inc. and E-Backgroundchecks.com, Inc., pursuant to Federal Rule of Civil Procedure 41(a), that the Named Plaintiff's claims set forth in his First Amended Complaint shall be dismissed with prejudice as to the Named Plaintiff only. All allegations by the putative class shall be dismissed without prejudice.

Respectfully submitted,

STUMPHAUZER, O'TOOLE, McLAUGHLIN, McGLAMERY & LOUGHMAN CO., LPA

/s/ Matthew A. Dooley
Matthew A. Dooley
Anthony R. Pecora
Dennis M. O'Toole
5455 Detroit Road
Sheffield Village, Ohio 44054
Telephone:   440-930-4001
Facsimile:   440-934-7208
Email:        dotoole@sheffieldlaw.com
              apecora@sheffieldlaw.com
              mdooley@sheffieldlaw.com

MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN

/s/ *Andrew M. Schwartz*
(*per email consent on September 5, 2012*)
Andrew M. Schwartz
Eric A. Packel
2000 Market Street, 24th Floor
Philadelphia, PA 19103
Telephone:   215-575-2765
Facsimile:   215-575-0856
Email:        amschwartz@mdwcg.com
              eapackel@*mdwcg.com*
*Counsel for Defendant, Verified Person, Inc.*

CONSUMER LITIGATION ASSOCIATES, P.C.

/s/ Leonard A. Bennett
Leonard A. Bennett, Esq.
763 J. Clyde Morris Blvd. 1-A
Newport News, VA 23601
Telephone:      (757) 930-3660
Facsimile:       (757) 930-3662
Email:              lenbennett@clalegal.com
*Counsel for Jesus Sanchez and the putative class*

KILPATRICK TOWNSEND &
STOCKTON LLP
/s/ John P. Jett
*(per email consent on September 5, 2012)*
Cindy D. Hanson
John P. Jett
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309
Telephone:      404-815-6500
Facsimile:       404-815-6555
Email:  chanson@kilpatricktownsend.com
            jjett@kilpatricktownsend.com
*Counsel for Defendant, E-*
*Backgrounchecks.com, Inc.*

2