## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

---

*JESUS R. SANCHEZ, on behalf of himself and all others similarly situated,*

    **PLAINTIFF**                                            **JUDGMENT IN A CIVIL CASE**

V

*VERIFIED PERSON, INC.,*                      **CASE NO. 11-2548-STA**
*E-BACKGROUNDCHECKS.COM. INC..*

    **DEFENDANTS**

---

**DECISION BY COURT.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Stipulation of Dismissal entered on September 5, 2012, this matter is hereby dismissed with prejudice as to the named plaintiff and all allegations by the putative class is dismissed without prejudice.


**APPROVED:**


**s/ S. Thomas Anderson**
**S. THOMAS ANDERSON**
**UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **September 6, 2012** | **Thomas M. Gould** |
| **Date** | **Clerk of Court** |
| | |
| | **sTerry Haley** |
| | **(By) Deputy Clerk** |